UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KERRI DUNN,  )
             )
    Plaintiff,  )
             )
       v.    )   Civil Action No.
             )   2:11-cv-05625-FSH-PS
             )
PREMIER CAPITAL, INC., and  )
DOES 1-10, Inclusive,  )
             )
    Defendants.  )

[PROPOSED] ORDER ON
MOTION FOR ADMISSION PRO HAC VICE
OF COUNSEL FOR DEFENDANTS/PLAINTIFFS-IN-COUNTERCLAIM

The motion of defendants and plaintiffs-in-counterclaim in the above-captioned action, Premier Capital, Inc., and Does 1-10, inclusive (individually and collectively referred to herein as "Premier"), for admission of Thomas James Morrissey of Brookline, MA, as counsel of record pro hac vice is allowed.

_____, J.
District Judge

Dated:

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

KERRI DUNN,                          )
                                     )
            Plaintiff,               )
                                     )
     v.                              )    Civil Action No.
                                     )    2:11-cv-05625-FSH-PS
PREMIER CAPITAL, INC., and           )
DOES 1-10, Inclusive,                )
                                     )
            Defendants.              )

MOTION FOR ADMISSION PRO HAC VICE
OF COUNSEL FOR DEFENDANTS/PLAINTIFFS-IN-COUNTERCLAIM

The defendants and plaintiffs-in-counterclaim in the above-captioned action, Premier Capital, Inc., and Does 1-10, inclusive (individually and collectively referred to herein as "Premier"), move this Court to admit pro hac vice as their counsel of record the undersigned, Thomas James Morrissey. In support of such motion, Premier states, and its counsel represents, as follows:

1. Mr. Morrissey is an attorney admitted to practice and in good standing before the bar of the Commonwealth of Massachusetts.

2. He is also admitted to practice with the United States District Court, District of Massachusetts.

3. Mr. Morrissey specializes in civil litigation.

4. He has represented Premier in numerous matters, and Premier accordingly requests that the Court admit him as its counsel of record in the above-captioned action.

WHEREFORE, Premier requests that its counsel, Thomas James Morrissey, be admitted pro hac vice in order to represent Premier in this action.

        PREMIER CAPITAL, INC. and
        DOES 1-10, INCLUSIVE

        By their attorneys,

        /s/Thomas James Morrissey
        Thomas James Morrissey
        BBO# 547077
        164 Strathmore Rd., Ste. 25
        Post Office Box 1336
        Brookline, MA 02446
        Tel.: (617) 787-3434

Dated:   November 25, 2011