UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **KERRI DUNN,** | : | |
| Plaintiff, | : | Civil Action No. 11-5625 (FSH) |
| v. | : | |
| **PREMIER CAPITAL, INC.,** | : | ORDER |
| Defendant. | : | |

This matter having come before the Court on the motion of Mattleman, Weinroth & Miller ["the movant"], attorneys for Premier Capital, Inc., for the pro hac vice admission of Thomas J. Morrissey ["counsel"], pursuant to L. Civ. R. 101.1;

and the Court having notified the movant on December 12, 2011 that the motion did not comply with Rule 101.1;

and the movant not having supplemented its motion;

IT IS ON THIS 12th day of January, 2012

ORDERED that the motion for the pro hac vice admission of counsel [ECF No. 8] terminated without prejudice; and

IT IS FURTHER ORDERED that any future motion or application for the pro hac vice admission of counsel comply with the requirements of L. Civ. R. 101.1.

s/Patty Shwartz
**UNITED STATES MAGISTRATE JUDGE**